# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0091.    WASHINGTON DAVIS v. THE HONORABLE URAL GLANVILLE, JUDGE OF THE FULTON COUNTY SUPERIOR COURT.**

Upon consideration of Washington Davis's Rule 40 (c) motion, the motion is hereby DENIED. See Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/11/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*